THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS GUAMAN, Appellant.

Submitted July 1, 2013; decided August 22, 2013

Motion by Evan Kent for leave to appear amicus curiae on the appeal herein denied.

Judge ABDUS-SALAAM taking no part.